## Commonwealth *v.* Nagle, Appellant.

714

 Argued
November 16, 1966. *Thomas A. Young,* for appellant;
*Blair V. Pawlowski,* Assistant District Attorney, with
him *William P. Kelly,* Assistant District Attorney, and
*Ferdinand F. Bionaz,* District Attorney, for Common-
wealth, appellee.

 Order affirmed.